Argued and submitted October 8, affirmed as modified October 20, 1982

In the Matter of the Marriage of
MOORE,
*Respondent - cross-appellant,*
*and*
MOORE,
*Appellant - cross-respondent.*
(No. D78-10-155, CA A24164)
652 P2d 6

John C. Anicker, Jr., Oregon City, waived appearance for appellant - cross-respondent.

Michael J. Clancy, Canby, argued the cause for respondent - cross-appellant. With him on the briefs were Richard A. Weill and Reif, Reif & Clancy, Canby.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

This is a dissolution of marriage case in which husband appeals the trial court's property distribution and its award of permanent spousal support. Wife cross-appeals, seeking, *inter alia,* a larger share of the marital estate. Recitation of all the pertinent facts would not benefit bench or bar.

On *de novo* review, we have determined that the trial court decree should be modified in the following respects and, as so modified, affirmed:

1. Paragraph four of the decree is amended to read:

"4. Respondent shall be required to pay the sum of $200 per month as temporary spousal support for three years from the date of this decree and until the judgment of $145,000 provided for in paragraph nine is paid."

2. There is added to the decree a new paragraph 13:

"13. The petitioner shall also be granted judgment against the respondent in the amount of $1,652 as reimbursement of an expert witness fee."

Decree is modified to limit spousal support to three years and to award petitioner an expert witness fee. No costs to either party.